IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICKEY GREGORY COMPANY, INC. and
POPPELL'S PRODUCE, INC.,

    Plaintiffs,

v.

AGRICAP, LLC aka AGRICAP FINANCIAL
CORPORATION,

    Defendant.

No. C 10-80297 JSW MISC

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT MOTION FOR ATTORNEYS' FEES**

The Court has reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation ("Report") re Plaintiffs' motion for an award of attorneys' fees and costs. There have been no objections filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiffs' motion for attorneys' fees is granted and Plaintiffs are entitled to $25,163.60 in attorneys' fees. Plaintiffs' request for costs is denied.

**IT IS SO ORDERED.**

Dated: September 20, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE